# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL L. KEYES and<br>JONATHAN K. YOX, | : | 1:15-cv-457 |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| LORETTA E. LYNCH, Attorney General<br>of the United States, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

## July 11, 2016

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment, (Doc. 28), is **GRANTED in part and DENIED in part**. Plaintiffs' Motion is **GRANTED** to the extent that judgment is entered in Jonathan Yox's favor on the as-applied Second Amendment challenge contained in Count I of the Amended Complaint. Plaintiffs' Motion is otherwise **DENIED**.

2. Defendants' Motion for Summary Judgment, (Doc. 33), is **GRANTED in part and DENIED in part.** Judgment is entered in favor of Defendants on all claims except for Jonathan Yox's as-

1

applied Second Amendment challenge contained in Count I of the Amended Complaint.

3. It is **DECLARED** that 18 U.S.C. § 922(g)(4), as-applied, violates Jonathan Yox's right to keep and bear arms as secured by the Second Amendment to the United States Constitution.

4. It is further **ORDERED** that Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this Order are **ENJOINED** from enforcing 18 U.S.C. § 922(g)(4) against Jonathan Yox based on his commitment to a mental institution when he was a juvenile.

5. The Clerk of Court is **DIRECTED** to close the case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge