IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL L. KEYES, *et al.*, :
        Plaintiffs, :    Civil No. 1:15-CV-457
v. :
      :
LORETTA E. LYNCH, :    Hon. John E. Jones III
Attorney General of the :
United States, *et al.*, :
        Defendants :

## ORDER

AND NOW, this 29th of August, 2016, upon consideration of Plaintiff Keyes' Motion to Alter/Amend Judgment and Direct Final Judgment as to Plaintiff Yox, the request to enter final judgment as to Plaintiff Yox, pursuant to F.R.C.P. 54(b), is hereby **GRANTED**.

**THE COURT FINDS** that its determination relating to Jonathan Yox's claims is final and there is no reason to delay entry of a final judgment relative to Plaintiff Yox's claims, during the pendency of Plaintiff Keyes' Motion to Alter/Amend Judgment relative to claims asserted by Plaintiff Keyes. As the Court's determination on Plaintiff Keyes' request will not impact or otherwise affect the Court's decision relative to Plaintiff Yox and Plaintiff Yox's Second Amendment Right is being infringed, it is appropriate to direct entry of a final judgment relative to Plaintiff Yox's

claims.

**IT IS ORDERED** that consistent with this Court's Order of July 11, 2016, final judgment is entered in favor of

1. Plaintiff Jonathan Yox against Defendants Attorney General Loretta Lynch, B. Todd Jones, James B. Comey and the United States of America in relation to his *as-applied* Second Amendment challenge contained in Count I of the Amended Complaint.

2. Defendants Attorney General Loretta Lynch, B. Todd Jones, James B. Comey and the United States of America against Jonathan Yox on all claims except for Jonathan Yox's *as-applied* Second Amendment challenge contained in Count I of the Amended Complaint.

**IT IS FURTHER ORDERED** that the Court is taking Plaintiff Keyes' Motion to Alter/Amend Judgment under advisement.

　　　　　　　　　　　　　　　　　　／s／ John E. Jones III
　　　　　　　　　　　　　　　　　　JUDGE JOHN E. JONES III
　　　　　　　　　　　　　　　　　　United States District Court