# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL L. KEYES and JONATHAN K. YOX, | : | Case No. 1:15cv457 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| LORETTA E. LYNCH, Attorney General of the United States *et al.*, | : : | |
| | : | |
| Defendants. | : | Electronically Filed |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Loretta E. Lynch, in her official capacity as Attorney General of the United States; Thomas E. Brandon, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; James B. Comey, in his official capacity as Director of the Federal Bureau of Investigation; and the United States of America hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's entry of judgment in favor of Plaintiff Jonathan K. Yox on Count I of Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief [ECF No. 24], as reflected in this Court's Memorandum dated July 11, 2016 [ECF No. 48], and Order dated July 11, 2016 [ECF No. 49], and as modified by this Court's Order dated August 29, 2016 [ECF No. 56].

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

PETER J. SMITH
United States Attorney

/s/ Carlo D. Marchioli

JOHN R. TYLER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

CARLO D. MARCHIOLI
Assistant United States Attorney
PA 309217
228 Walnut Street
Suite 220
Ronald Reagan Federal Building
Harrisburg, Pennsylvania 17108
Telephone: (717) 221-4482
Fax: (717) 221-4493
Email: Carlo.D.Marchioli@usdoj.gov

*Attorneys for Defendants*

Date:    September 8, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL L. KEYES and JONATHAN K. YOX, | : | Case No. 1:15cv457 |
| Plaintiffs, | : | |
| v. | : | Hon. John E. Jones III |
| LORETTA E. LYNCH, Attorney General of the United States *et al.*, | : | |
| Defendants. | : | Electronically Filed |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the U.S. Attorney's Office for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on September 8, 2016, he served copies of the attached

## NOTICE OF APPEAL

via the Court's electronic case filing system to the electronic mail addresses stated below:

Addressee:

Joshua Prince (PA Bar No. 306521)
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, Pennsylvania 19505
Joshua@PrinceLaw.com

                                                        /s/ Carlo D. Marchioli
                                                        Carlo D. Marchioli